UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ERIC KROHM, individually, and on behalf of others similarly situated,      )<br>)<br>Plaintiff,      )<br>)<br>v.      )<br>)<br>EPIC GAMES, INC.,      )<br>)<br>Defendant.      )<br>) | **JUDGMENT**<br>5:19-CV-173-BO |

**Decision by Court.**
This matter is before the Court on defendant's motion to dismiss plaintiff's complaint for failure to state a claim, or in the alternative, to compel arbitration [DE 28]. Plaintiff has moved to remand [DE 31] and to stay briefing [DE 33].

**IT IS ORDERED, ADJUDGED AND DECREED** defendant's motion to dismiss [DE 28] for failure to state a claim is DENIED. Plaintiff's motions to remand [DE 31] and to stay briefing [DE 33] are also DENIED. The case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

This case is closed.

**This judgment filed and entered on October 1, 2019, and served on:**
Daniel Bryson (via CM/ECF Notice of Electronic Filing)
Jad Sheikali (via CM/ECF Notice of Electronic Filing)
Myles McGuire (via CM/ECF Notice of Electronic Filing)
Patrick Wallace (via CM/ECF Notice of Electronic Filing)
Timothy Kingsbury (via CM/ECF Notice of Electronic Filing)
Jeffrey Jacobson (via CM/ECF Notice of Electronic Filing)
Andrew Shores (via CM/ECF Notice of Electronic Filing)
Robert Van Arnam (via CM/ECF Notice of Electronic Filing)
Wes Camden (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

October 1, 2019

  /s/Lindsay Stouch
By: Deputy Clerk